Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  20−15509−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Melissa Coniglione
    aka Melissa Coniglione−Ryan
    9 Max Place
    Howell, NJ 07731

Social Security No.:
    xxx−xx−6721

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/20/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 21, 2021
JAN: ghm

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Melissa Coniglione  
    Debtor

Case No. 20-15509-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Apr 21, 2021     Form ID: 148     Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa Coniglione, 9 Max Place, Howell, NJ 07731-2090 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518809115 | + | CSC Logic BB&T, POB 650657, Dallas, TX 75265-0657 |
| 518800717 | + | CSC/BB&T Corp, 4251 Fayetteville Road, Lumberton, NC 28358-2678 |
| 519109777 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519109778 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Goldman Sachs Mortgage Company Serviced by Select Portfolio Servicing, |
| 518800719 | | Kohls, PO Box 2893, Milwaukee, WI 53201-2983 |
| 518800722 | + | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518823419 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Bankruptcy Department, PO BOX 619096, DALLAS TX 75261-9096 |
| 518800728 | + | US Alliance Federal CR Union, 411 Theodore Fremd Ave South, Rye, NY 10580-1426 |
| 518810626 | + | USALLIANCE Federal Credit Union, 300 Apollo Dr, Chelmsford, MA 01824-3629 |
| 518800726 | + | Unifund CCR LLC, Attn: Mullolly Jeffrey Rooney & Flynn, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791-4449 |
| 518800727 | + | Unifund CCR Partners, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 21 2021 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 21 2021 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518800707 | | EDI: AMEREXPR.COM | Apr 22 2021 00:38:00 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518831904 | | EDI: BECKLEE.COM | Apr 22 2021 00:38:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518800709 | | EDI: TSYS2.COM | Apr 22 2021 00:38:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 518800712 | + | EDI: CITICORP.COM | Apr 22 2021 00:38:00 | CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 518800710 | + | EDI: CAPITALONE.COM | Apr 22 2021 00:38:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 518845896 | | EDI: BL-BECKET.COM | Apr 22 2021 00:38:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518841607 | + | Email/Text: bankruptcy@cavps.com | Apr 21 2021 21:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518800714 | + | EDI: CITICORP.COM | Apr 22 2021 00:38:00 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518864943 | | EDI: CITICORP.COM | | |

| Recip ID | | EDI Code | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 22 2021 00:38:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518800715 | | EDI: WFNNB.COM | | |
| | | | Apr 22 2021 00:38:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 518800720 | | EDI: CITICORP.COM | | |
| | | | Apr 22 2021 00:38:00 | Macys, PO Box 183083, Columbus, OH 43218-3083 |
| 518864945 | | EDI: Q3G.COM | | |
| | | | Apr 22 2021 00:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518800713 | | EDI: JPMORGANCHASE | | |
| | | | Apr 22 2021 00:38:00 | Chase, PO Box 15153, Wilmington, DE 19886 |
| 518842900 | + | EDI: MID8.COM | | |
| | | | Apr 22 2021 00:38:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 518800721 | + | EDI: MID8.COM | | |
| | | | Apr 22 2021 00:38:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 518863928 | | EDI: PRA.COM | | |
| | | | Apr 22 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518833215 | | EDI: PRA.COM | | |
| | | | Apr 22 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Express, POB 41067, Norfolk VA 23541 |
| 518808890 | | EDI: PRA.COM | | |
| | | | Apr 22 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 518800723 | | EDI: RMSC.COM | | |
| | | | Apr 22 2021 00:38:00 | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 518863235 | + | EDI: RMSC.COM | | |
| | | | Apr 22 2021 00:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518801051 | + | EDI: RMSC.COM | | |
| | | | Apr 22 2021 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518859051 | + | EDI: AIS.COM | | |
| | | | Apr 22 2021 00:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518800729 | + | EDI: WFFC.COM | | |
| | | | Apr 22 2021 00:38:00 | Wells Fargo Bank, PO Box 10335, Des Moines, IA 50306-0335 |
| 518814303 | + | EDI: WFFC.COM | | |
| | | | Apr 22 2021 00:38:00 | Wells Fargo Bank, N.A., 1 Home Campus, Des Moines, IA 50328-0001 |
| 518838078 | | EDI: WFFC.COM | | |
| | | | Apr 22 2021 00:38:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518861563 | | EDI: WFFC.COM | | |
| | | | Apr 22 2021 00:38:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518800730 | | EDI: WFFC.COM | | |
| | | | Apr 22 2021 00:38:00 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 518800731 | | EDI: WFFC.COM | | |
| | | | Apr 22 2021 00:38:00 | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518800718 | | GM Financial |
| 518800708 | * | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518831997 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 20-15509-MBK    Doc 50    Filed 04/23/21    Entered 04/24/21 00:25:02    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2021 | Form ID: 148 | Total Noticed: 43 |

| 518800711 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 518800716 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 518800724 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 518800725 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2021                       Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Goldman Sachs Mortgage Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| James J. Cerbone | on behalf of Debtor Melissa Coniglione cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| Kathleen M Magoon | on behalf of Creditor WELLS FARGO BANK NA kmagoon@logs.com, kathleenmagoon@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7